IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07-PO-49-CSC |
| | ) | [18 USC 13; Code of Ala. 13A-11- |
| v. | ) | 7(2); 13A-7-4] |
| | ) | |
| MARIA STRANGE | ) | INFORMATION |

The United States Attorney charges:

COUNT I

On or about the 14th of December 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MARIA STRANGE, did with intent to cause public inconvenience, annoyance, and alarm, and recklessly creating a risk thereof, use abusive language and obstruct vehicular traffic by entering a school bus and cursing the driver in violation of Code of Alabama, Title 13A, Section 11-7, and Title 18, Section 13, United States Code.

COUNT II

On or about the 14th of December 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MARIA STRANGE did knowingly and unlawfully enter a school bus and remain there when told to leave by school officials, in violation of Code of Alabama, Title 13A, Section 7-4, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
U.S. ATTORNEY

_[signature]_
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_[signature]_
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA )  AFFIDAVIT
)
DALE COUNTY )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 12:00 P.M. on the 14th of December 2006, MARIA STRANGE, without authorization, entered a school bus that was stopped to load children and screamed and cursed at the bus driver and a representative for the bus line. STRANGE later came to the Provost Marshal's Office, waived her rights and made a sworn statement to me admitting to the above actions. The bus driver and representative also made written statements corroborating the above events.

_____
MISTY E. HOOVER, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 20 day of February 2007.

_____
NOTARY PUBLIC

My commission expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS