**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:07-PO-49-CSC** |
| | ) | |
| **MARIA STRANGE** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance

on behalf of Defendant, Maria Strange, in the above-styled case.

    Dated this 29th day of March 2007.


        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:07-PO-49-CSC** |
| | ) | |
| **MARIA STRANGE** | ) | |

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
U. S. Attorney's Office
One Court Square, Ste. 201
Montgomery, AL 36101-0197

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362

                                        Respectfully submitted,

                                        s/ Donnie W. Bethel
                                        DONNIE W. BETHEL
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail:don_bethel@fd.org
                                        IN Bar Code: 14773-49